**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Lee Horn,<br><br>    Plaintiff,<br><br>vs.<br><br>Larry Carter, et al.,<br><br>    Defendants. | No. CV 04-2014-PHX-SMM (LOA)<br><br>**ORDER** |

This Court has received and considered Plaintiff's Motion Re: Question, which is a pleading entitled "Plaintiff Brings Questions as Pro Se Plaintiff." (Dkt. 174.)

In response to his questions, Plaintiff is advised that a judgment was issued by the Clerk in error on or about July 18, 2006, but was immediately withdrawn and cancelled. Thus, the case is currently open.

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion Regarding a Question. (Dkt. 174.)

**IT IS FURTHER ORDERED** withdrawing the reference of this case to the Magistrate Judge as to Plaintiff's Motion Regarding a Question only. (Dkt. 174.) All other matters shall remain with Magistrate Judge Lawrence O. Anderson for disposition as appropriate.

DATED this 16th day of August, 2006.

Stephen M. McNamee
United States District Judge