**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Douglas Lee Horn, | ) | No. CV-04-2014-PHX-SMM  (LOA) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Dora Schriro, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |

It appearing to the Court that Plaintiff's Motion for ADA Compliance (docket # 180) is ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the aforementioned motion, docket # 180.  All other matters in this action remain with the Magistrate Judge for disposition as appropriate.

DATED this 12th day of September, 2006.

Stephen M. McNamee
United States District Judge