**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Lee Horn,                )<br>                                                  )<br>            Plaintiff,                       )<br>                                                  )<br>    v.                                           )<br>                                                  )<br>D. Schriro, et al.,                      )<br>                                                  )<br>            Defendants.              )  | CV-04-2014-PHX-SMM (LOA)<br><br>O R D E R |

It appearing to the Court that Defendants Carter, Jones, Kendall, Pratt, Ramos, Schriro, Sloan and Vinluan's ("State Defendants") Motion for Summary Judgment and Defendant Jason M. Levine, M.D.'s Motion for Summary Judgment are now ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motions, docket #s 181 and 188. However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 27th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge