**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Lee Horn, ) | |
| Plaintiff, ) | |
| v. ) | CV-04-2014-PHX-SMM (LOA) |
| D. Schriro, et al., ) | O R D E R |
| Defendants. ) | |

It appearing to the Court that Plaintiff's Motion for Summary Judgment is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, (Doc. 206).  However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 29th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge