**WO** BL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Lee Horn,<br>　　　　Plaintiff,<br>vs.<br>Dora Schriro, et al.,<br>　　　　Defendants. | No. CV 04-2014-PHX-SMM<br><br>**ORDER** |

Plaintiff Douglas Lee Horn seeks reconsideration of the Court's order granting Defendants' Motion for Summary Judgment (Doc. 225). Plaintiff argues that he exhausted his administrative remedies and that Defendants were deliberately indifferent to his medical needs and violated the Americans with Disabilities Act and the Rehabilitation Act (Docs. 222, 225).

The Court may relieve a party from a final judgment for: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied, released, or discharged judgment; or (6) any other reasons justifying relief from the operation of the judgment. Fed.R.Civ.P. 60(b).

First, the Court, having ruled that Plaintiff sufficiently exhausted his administrative remedies, is bewildered as to why Plaintiff seeks reconsideration of an issue upon which the Court ruled in his favor. The Court declines to reconsider its finding that Plaintiff properly exhausted his administrative remedies. Second, Plaintiff merely reasserts arguments he previously raised and fails to present any newly discovered evidence. Plaintiff appears to indicate that he could not sufficiently defend Defendants' motion because the Court refused to grant him counsel or provide him an expert. Plaintiff was not entitled to appointed counsel

and despite his indigency, Plaintiff remained responsible for obtaining his own expert in this civil action. Accordingly, Plaintiff's request for reconsideration will be denied. And because Plaintiff is merely reasserting prior arguments or raising patently frivolous issues, the Court will not entertain any additional challenges to the Order granting Defendants summary judgment. Any further motion filed by Plaintiff in this case, unless addressing issues related to taxation of costs and assessment of attorney fees, will be summarily denied.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to dismiss court's 9/10/07 decision on summary judgment" (Doc. 225) is **DENIED.**

**IT IS FURTHER ORDERED** that any motion filed by Plaintiff in this case, unless addressing issues related to taxation of costs and assessment of attorney fees, will be summarily denied.

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge

- 2 -