**WO**  BL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Lee Horn, | ) No. CV 04-2014-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Dora Schriro, et al., | ) |
| Defendants. | ) |

Plaintiff Douglas Lee Horn has filed a motion requesting that the Court issue an order delaying any assessment of costs or attorney fees until after his release from imprisonment. (Doc. #223). Plaintiff's request will be denied. See 28 U.S.C. § 1915(f)(2) (providing for the payment of court costs from an inmate's trust account).

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for a payment plan" (Doc. 223) is **DENIED.**

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge