**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Douglas Lee Horn, | ) No. CV 04-2014-PHX-SMM |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Dora Schriro, et al., | ) |
| Defendants. | ) |

Currently before the Court are several motions filed by Plaintiff seeking relief of the Court's final judgment (Docs. 229, 230, 232, 233). Pursuant to the Court's Order Denying Plaintiff's Motion for Reconsideration (Doc. 226), entered October 12, 2007, "any further motions filed by Plaintiff in this case, unless addressing issues related to taxation of costs and assessment of attorney fees, will be summarily denied." Plaintiff is further cautioned that continued filing of meritless motions may result in sanctions being issued against him. Accordingly,

**IT IS HEREBY ORDERED** that the pending motions (Doc. 229, 230, 232, 233) recently filed by Plaintiff, which seek relief from the Court's final judgment, are summarily **DENIED.**

**IT IS FURTHER ORDERED** that any future motions filed by Plaintiff in this case, unless addressing issues related to taxation of costs and assessment of attorney fees, will be summarily denied and may be followed by sanctions.

DATED this 3rd day of December, 2007.

Stephen M. McNamee
United States District Judge