**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Lee Horn, | ) No. CV 04-2014-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Dora Schriro, et al., | ) |
| Defendants. | ) |

It appearing to the Court that the Motions for Attorneys' Fees and Non-Taxable Costs filed by Defendant Jason M. Levine, M.D.(Doc. 221), and the Motion for Attorneys' Fees filed by pro se Plaintiff Douglas L. Horn (Doc. 240) are now ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced motions. (Docs. 221 and 240)   However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 13th day of February, 2008.

Stephen M. McNamee
United States District Judge