**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Douglas Lee Horn, | No. CV 04-2014-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |  |
| Dora Schriro, et al., |  |
| Defendants. |  |

Having previously determined that Defendant Jason M. Levine, M.D. is entitled to his fees and costs in this matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered **in favor of Defendant Jason M. Levine, M.D.** and **against Plaintiff Douglas Lee Horn** in the amount of **$33,311.56,** with interest to accrue at the rate of 2.04% until paid in full.

DATED this 22nd day of February, 2008.

_____
Stephen M. McNamee
United States District Judge